UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-CR-20001-SEITZ

UNITED STATES OF AMERICA

v.

PEDRO JOSE BENAVIDES-NATERA,

    **Defendant.**

_____/

FILED BY _____DGJ_____ D.C.

May 11, 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIA

## MOTION TO UNSEAL

The United States of America, by and through its undersigned attorney, respectfully requests that the Factual Proffer and Plea Agreement under Case No. 08-CR-20001-SEITZ be UNSEALED for the limited purpose of sharing those documents with the National Crime Agency in the United Kingdom ("UK") for use in a forfeiture case.[1]

On May 7, 2021, the United States received a request from the UK, through the United States Department of Justice Attaché, for confirmation of the conviction of Pedro Jose Benavides-Natera ("BENAVIDES-NATERA") in the Southern District of Florida ("SDFL"), as well as documentation of the underlying facts in support of that conviction. This request was made pursuant to the 1994 Treaty of Mutual Legal Assistance in Criminal Matters between the United States of America and the UK, as amended by the December 16, 2004 Instrument and exchange of notes.

In support of its request, the UK informed the United States that the UK's National Crime Agency is conducting an *in rem* civil forfeiture action against 104 kilograms of gold, with an

---

[1] It is unclear from the docket which sealed docket entries correspond to the Factual Proffer or Plea Agreement.

estimated value of £ 4,236,846.55, that was seized at Heathrow Airport on June 20, 2019. The gold is believed to be derived from illegal activity in Venezuela and unlawfully transported through the Cayman Islands to the UK. UK authorities received information that BENAVIDES-NATERA—who was convicted in March 2008 in the SDFL of money laundering, in violation of Title 18, United States Code, Sections 1956(a)(1)(B)(i) and 2 under Case No. 08-CR-20001—was one of two pilots who flew the gold into the Cayman Islands.

Based on the Criminal Complaint under Case No. 08-20001-CR-SEITZ, it appears that BENAVIDES-NATERA was a Venezuelan-based money launderer who laundered Drug Trafficking Organization money that was used to purchase aircraft in the United States for the purpose of transporting cocaine from South America to the United States through Central America, Africa, and Central Europe. [ECF No. 2].

Consistent with the requirements of Title 18, United States Code, Section 3512, the United States is seeking the requisite unsealing order for a limited purpose, that is, to execute the UK's request for information relating to BENAVIDES-NATERA's 2008 conviction in the SDFL in furtherance of their forfeiture action.

Respectfully submitted,

JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

BY: _____
Shane R. Butland
Assistant United States Attorney
Court Identification No. A5502525
99 NE 4th Street, 6th Floor
Miami, Florida 33132
Tel: (305) 961-9123
Shane.Butland@usdoj.gov

2